# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135050

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 135050
                                   COA: 279548
                                   Oakland CC: 2006-208656-FC;
                                   2006-208438-FC;
                                   2006-209319-FC

SCOTT DOUD SABO,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would remand this case for resentencing.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008                         _____
p0123                                          Clerk